

U.S. District Court
TXS - Southern District of Texas (Houston)

CIVIL DOCKET FOR CASE #: 03-CV-2746

Draper Inc v. KOCH Entertainment, et al            Filed: 07/21/03
Assigned to: Judge Vanessa D Gilmore           Jury demand: Plaintiff
Demand: $0,000                                    Nature of Suit: 190
Lead Docket: None                           Jurisdiction: Diversity
Dkt # in 129th JDC Harris Cnt : is 03-25135

Cause: 28:1441 Notice of Removal-Breach of Contract

DRAPER INC                        William David George
    plaintiff                    713-339-2233 fax
                             [COR LD NTC]
                             Edwards & George LLP
                             5847 San Felipe
                             Ste 2375
                             Houston, TX 77057
                             713-339-3233

    v.

KOCH ENTERTAINMENT             Roger L McCleary
DISTRIBUTION LLC               [term 08/13/03]
    defendant                  713-960-1527 fax
    [term 08/13/03]             [COR LD NTC]
                             Beirne Maynard & Parsons
                             1300 Post Oak Blvd
                             Ste 2500
                             Houston, TX 77056
                             713-623-0887

JAMES E MCMILLAN PC           James S Bowie, II
    defendant                  713-659-2812
                             [COR LD NTC]
                             Attorney at Law
                             2323 Caroline
                             Ste 100
                             Houston, TX 77004
                             713-752-0759

JAMES E MCMILLAN               James S Bowie, II
    defendant                  (See above)
                             [COR LD NTC]

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____ Deputy Clerk

Docket as of June 29, 2004 8:14 am           Page 1

```
Proceedings Include All Events.                            TRANSF
4:03cv2746 Draper Inc v. KOCH Entertainment, et al         CLOSED


 7/21/03   1        NOTICE OF REMOVAL by KOCH Entertainment   filed    FILING
                    FEE $ 150.00  RECEIPT # 534054 (bj) [Entry date 07/25/03]

 7/21/03   2        Order setting Initial Pretrial and Scheduling Conference on
                    1:30 12/19/03 before Judge Vanessa D. Gilmore and Order to
                    Disclose Interested Persons, filed. ( Signed by Judge
                    Vanessa D. Gilmore ) Parties notified. (bj)
                    [Entry date 07/25/03]

 7/25/03   3        MOTION to dismiss for improper venue and failure to state
                    a claim ,and/or alternative for more definite statement
                    by KOCH Entertainment, Motion Docket Date 8/14/03 [3-1]
                    motion, 8/14/03 [3-2] motion , filed. (sf)
                    [Entry date 07/29/03]

 7/28/03   4        Certificate of Service in Removed Action by KOCH
                    Entertainment  , filed. (sf) [Entry date 07/29/03]

 7/30/03   5    IMG Memorandum and ORDER regarding discovery motion, motions
                    for summary judgment and analogous motions to dismiss ,
                    entered; Parties notified. ( signed by Judge Vanessa D.
                    Gilmore ) (sf)

 7/31/03   6        CERTIFICATE OF INTERESTED PARTIES by KOCH Entertainment  ,
                    filed. (sf) [Entry date 08/01/03]

 7/31/03   7    IMG ORDER concerning removal , entered;  The removing party
                    shall, no later than 10 days after the date of this order,
                    file and serve a signed statement under the case and
                    caption as set forth.Parties notified. ( signed by Judge
                    Vanessa D. Gilmore ) (sf) [Entry date 08/01/03]

 8/6/03    8        DEFT'S STATEMENT concerning removal by KOCH Entertainment.
                    (tw) [Entry date 08/07/03]

 8/11/03   9        UNOPPOSED MOTION for dismissal without prejudice, by
                    Draper Inc, Motion Docket Date 8/31/03 [9-1] motion ,
                    filed. (ps) [Entry date 08/12/03]

 8/13/03   10   IMG ORDER  granting Pltfs [9-1] motion for dismissal without
                    prejudice. All claims by Pltf against Deft Koch
                    Entertainment Distribution are DISMISSED without prejudice.
                    Court costs will be paid by the party incurring same. This
                    order is without prejudice to pltfs claims against the
                    remaining defts. Parties notified. ( signed by Judge
                    Vanessa D. Gilmore ) (ps)

 9/3/03    11       MOTION to dismiss for lack of personal jurisdiction and
                    for improper venue, or alternatively to change or
                    transfer venue, by James E McMillan PC, James E McMillan,
                    Motion Docket Date 9/23/03 [11-1] motion, 9/23/03 [11-2]
                    motion , filed. (ps)


Docket as of June 29, 2004 8:14 am                    Page 2
```



```
Proceedings Include All Events.                              TRANSF
4:03cv2746 Draper Inc v. KOCH Entertainment, et al           CLOSED
```

| Date | # | Entry |
|---|---|---|
| 9/16/03 | 12 | RETURN OF SERVICE executed as to James E McMillan 5/30/03 filed. (ps) [Entry date 09/19/03] |
| 9/19/03 | 13 | MOTION for leave to conduct discovery, additional time to respond to Deft's Motion to Dismiss for lack of personal jurisdiction and for improper venue, or motion to change or transfer venue by Draper Inc, Motion Docket 10/9/03 [13-1] motion, 10/9/03 [13-2] motion , filed. (sj) [Entry date 09/22/03] |
| 9/26/03 | 14 | RESPONSE by James E McMillan PC, James E McMillan in opposition to Pltfs [13-1] motion for leave to conduct discovery, [13-2] motion additional time to respond to Deft's Motion to Dismiss for lack of personal jurisdiction and for improper venue, or motion to change or transfer venue , filed (ps) [Entry date 09/30/03] |
| 10/1/03 | 15 | IMG ORDER granting Pltf's [13-1] motion for leave to conduct discovery granting [13-2] motion additional time to respond to Deft's Motion to Dismiss for lack of personal jurisdiction and for improper venue, or motion to change or transfer venue Motion Docket Date 12/1/03 [11-1] motion to dismiss for lack of personal jurisdiction and for improper venue, 12/1/03 [11-2] motion to change or transfer venue , entered; Parties notified. ( signed by Judge Vanessa D. Gilmore ) (sf) [Entry date 10/28/03] |
| 12/1/03 | 16 | RESPONSE by Draper Inc to Deft's [11-1] motion to dismiss for lack of personal jurisdiction and for improper venue, [11-2] motion to change or transfer venue , filed. (sf) [Entry date 12/03/03] |
| 12/17/03 | 17 | JOINT DISCOVERY/Case Management Plan by Draper Inc, James E McMillan PC, James E McMillan , filed. (sf) [Entry date 12/18/03] |
| 12/17/03 | 18 | CERTIFICATE OF INTERESTED PARTIES by Draper Inc , filed. (sf) [Entry date 12/18/03] |
| 12/19/03 | 19 | Minute entry: Rule 16 Scheduling Conference held. Apps: S Creter f/pltf ; J Bowie f/deft. Scheduling Order entered ; terminated deadlines ; Ct Reporter: S Carlisle . (kp) [Entry date 12/24/03] |
| 12/23/03 | 20 | IMG SCHEDULING ORDER setting Amending of pleadings 1/15/04 ; Joining of parties 1/15/04 ; Pltf expert witness list submitted by 3/15/04 ; Deft expert witness list submitted by 4/15/04 ; Discovery cutoff 7/15/04 ; Deadline for filing all dispositive motions 8/15/04 ; Deadline for filing non-dispositive motions 8/15/04 ; Pretrial order to be submitted on or before 12/23/04 ; Docket call deadline 1:30 12/31/04 ; before Judge Vanessa D. Gilmore , entered. Parties notified.  Trial Term: January 2005; ETT: 3 days, Jury trial ( Signed by Judge Vanessa D. Gilmore ) (kh) |

```
Proceedings Include All Events.                              TRANSF
4:03cv2746 Draper Inc v. KOCH Entertainment, et al           CLOSED

                   [Entry date 12/24/03]

2/13/04   21       MOTION for protective order to have all actions deemed to
                   be subject to their motion to dismiss,and for attorney
                   fees by James E McMillan PC, James E McMillan, Motion
                   Docket Date 3/4/04 [21-1] motion, 3/4/04 [21-2] motion ,
                   filed. (sf) [Entry date 02/17/04]

3/23/04   22  IMG  ORDER granting  deft's [21-1] motion for protective order
                   to have all actions deemed to be subject to their motion to
                   dismiss , entered; Parties notified. ( signed by Judge
                   Vanessa D. Gilmore ) (sf) [Entry date 03/24/04]

4/1/04    23       DESIGNATION OF EXPERT WITNESS LIST by Draper Inc  filed. (sf)
                   [Entry date 04/05/04]

4/15/04   24       DESIGNATION OF EXPERT WITNESS LIST by James E McMillan PC,
                   James E McMillan  filed. (sf)

6/24/04   25  IMG  ORDER denying {as moot} [11-1] motion to dismiss for lack
                   of personal jurisdiction and for improper venue; granting
                   [11-2] motion to change or transfer venue, entered; The
                   Court orders that Draper's claims for tortious interference
                   w/contract & civil conspiracy are transferred to the USDC
                   for the Southern District of New York where McMillian
                   resides & substantially all of the alleged offenses
                   occurred. Parties notified. ( signed by Judge Vanessa D.
                   Gilmore ) (sj) [Entry date 06/25/04]

6/24/04   --       Case closed (sj) [Entry date 06/25/04]

6/28/04   --       Interdistrict transfer to USDC- for the Southern District
                   of New York {Manhattan}. Entire case file, certified copy
                   of the docket sheet, and certified copy of transfer order
                   mailed to Manhattan, New York by certified mail, RR# 7004
                   0750 0001 3663 2581 (sj)
```